**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>LISA M HARMON<br><br>Debtor(s) | Case No. 10-35980 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/11/2010.

2) The plan was confirmed on 10/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/05/2011, 07/09/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/29/2012, 11/28/2012, 11/28/2012.

5) The case was converted on 05/20/2014.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $12,591.23.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,575.48 |
| Less amount refunded to debtor | $174.00 |
| **NET RECEIPTS:** | **$17,401.48** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,494.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $742.58 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,236.58** |
| Attorney fees paid and disclosed by debtor: | $6.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 500 FAST CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ABRAHAM & CASHMAN ASSOCIATE | Unsecured | 3,141.50 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY BUREAU | Unsecured | 628.54 | NA | NA | 0.00 | 0.00 |
| ASSOC ST JAMES RADIOLOGISTS | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 50.14 | NA | NA | 0.00 | 0.00 |
| BEACON LOANS | Unsecured | 289.00 | NA | NA | 0.00 | 0.00 |
| BUDGET RENT A CAR | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | 5,154.20 | 5,154.20 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 0.00 | 3,942.16 | 3,942.16 | 0.00 | 0.00 |
| CAROLYN TREAKLE | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| CASH ADVANCE | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 4,708.69 | 3,052.86 | 3,052.86 | 0.00 | 0.00 |
| CITIBANK STUDENT LOAN CORP | Unsecured | 4,109.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK STUDENT LOAN CORP | Unsecured | 2,795.00 | NA | NA | 0.00 | 0.00 |
| CITIZENS FINANCIAL BANK | Unsecured | 950.00 | 950.00 | 950.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 444.00 | 471.28 | 471.28 | 0.00 | 0.00 |
| CITY OF PALO ALTO | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| COLUMBUS BANK & TRUST | Unsecured | 1,482.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL RECOVERY CENTER | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| FRESNO CREDIT BUREAU | Unsecured | 253.00 | NA | NA | 0.00 | 0.00 |
| FSM GROUP INC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| GEMB/JC PENNY | Unsecured | 849.00 | NA | NA | 0.00 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 705.00 | 728.49 | 728.49 | 0.00 | 0.00 |
| GPO | Unsecured | 86.79 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD CHRISTIAN ACADEMY | Unsecured | 690.00 | NA | NA | 0.00 | 0.00 |
| HOV SERVICES | Unsecured | 453.73 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 7,729.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 901.67 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | 4,560.00 | 0.00 | 5,462.00 | 5,462.00 | 217.38 |
| INFANT JESUS OF PRAGUE SCHOOL | Unsecured | 2,217.32 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 617.78 | 619.97 | 619.97 | 534.38 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2.25 | 2.25 | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 7,014.21 | 7,014.21 | 0.00 | 0.00 |
| J & L TEAMWORKS | Unsecured | 1,342.00 | NA | NA | 0.00 | 0.00 |
| JACK C AMRAM | Unsecured | 102.60 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,181.00 | 1,181.21 | 1,181.21 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 2,146.00 | 30.83 | 30.83 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 8,325.00 | 0.00 | 6,568.96 | 6,568.96 | 382.18 |
| LAW ENFORCEMENT SYSTEMS | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| METHODIST HOSPITAL | Unsecured | 94.99 | 94.91 | 94.91 | 0.00 | 0.00 |
| MIDWEST CREDIT CONSULTANTS | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 510.00 | NA | NA | 0.00 | 0.00 |
| ONE CLICK CASH | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| PARAGON WAY INC | Unsecured | 340.74 | NA | NA | 0.00 | 0.00 |
| PAYCHECK TODAY | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY ONE | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| PPGC | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 375.00 | 375.70 | 375.70 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 275.00 | 323.68 | 323.68 | 0.00 | 0.00 |
| PROFESSIONAL ACCOUNT MANAGE | Unsecured | 166.21 | NA | NA | 0.00 | 0.00 |
| PROMPT AMBULANCE SVC | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| PUBLIC STORAGE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 698.00 | 698.69 | 698.69 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 282.90 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH | Unsecured | 329.21 | NA | NA | 0.00 | 0.00 |
| STAFFORD HOSPITAL & CLINICS | Unsecured | 65.75 | NA | NA | 0.00 | 0.00 |
| STATE OF INDIANA | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| SYLVIA CIFELLI | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| USA WEBCASH | Unsecured | 1,228.04 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HOMEWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| WALTS FOOD CENTER | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| WELLGROUP HEATLTHPARTNERS LL | Unsecured | 2,296.75 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWK NATL BI | Unsecured | 432.00 | 432.52 | 432.52 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,030.96 | $12,030.96 | $599.56 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,030.96** | **$12,030.96** | **$599.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $619.97 | $534.38 | $0.00 |
| **TOTAL PRIORITY:** | **$619.97** | **$534.38** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,952.99** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,236.58 |
| Disbursements to Creditors | $13,164.90 |
| **TOTAL DISBURSEMENTS :** | **$17,401.48** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/09/2014                By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**